UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN C. LEE #530085,

        Plaintiff,

                                   Case No: 1:25-cv-373

v.

                                   HON. ROBERT J. JONKER

DUSTIN KING et al.,

        Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 4, 2026 (ECF No. 28). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for partial dismissal (ECF No. 22) is **GRANTED** and that Plaintiff's claims against Defendants in their official capacities and any First, Fourth, and Fourteenth Amendment claims are **DISMISSED.**

Dated:   February 27, 2026          /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE