UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN C. LEE #530085,

      Plaintiff,

                                   Case No: 1:25-cv-373

v.

                                   HON. ROBERT J. JONKER

DUSTIN KING et al.,

      Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 13, 2026 (ECF No. 41). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 41) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Csernyik's and Defendant Miller's motion for summary judgment (ECF No. 30) is **GRANTED** and that Plaintiff's claims against Defendants Csernyik and Miller are **DISMISSED** without prejudice.

Dated:   May 7, 2026                  /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE